

**BASHIAN**
**PAPANTONIOU P.C.**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

**MEMO ENDORSED**

VIA CM/ECF Only

January 10, 2020

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/20
```

U.S. District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Re:   *Deleston v. 2671 S & C Pizza Corp. et al.*, **Case No. 1:19-cv-10050-RA**

Dear U.S. District Judge Abrams:

This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for January 17, 2020 at 3:45 p.m. This is our first request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action and the next step is a motion for a default judgment. The request is necessary in hopes that the defendants will appear in this action and the parties may engage in early settlement discussions prior to such motion practice. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-February.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc:   2671 S & C Pizza Corp. *(via first class mail)*
      2669 Owners Ltd. *(via first class mail)*

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY,

---

Application granted. The initial conference scheduled for January 17, 2020 is hereby adjourned to February 21, 2020 at 12:30 p.m. The materials for the conference are due by February 14, 2020. No later than February 10, 2020, Plaintiff shall file a letter updating the Court as to whether the parties have engaged in early settlement discussions and/or whether he intends to move for default judgment.

SO ORDERED.

_____
Hon. Ronnie Abrams
1/10/2020