

## BASHIAN PAPANTONIOU P.C.

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

MEMO ENDORSED

VIA CM/ECF Only

February 10, 2020

U.S. District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/20
```

Re: *Deleston v. 2671 S & C Pizza Corp. et al.*, **Case No. 1:19-cv-10050-RA**

Dear U.S. District Judge Abrams:

This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. I write in furtherance of Your Honor's Order dated January 10, 2020 (D.E. 15). To date, neither defendant has appeared or contacted Plaintiff. An Initial Conference is currently scheduled for February 21, 2020 at 12:30 p.m. This is our second request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action. This request is necessary in hopes that that the defendants will appear in this action without Plaintiff resorting to motion practice. Plaintiff intends to move for a default judgment if the defendants do not appear in this action. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-March, while we continue our efforts to get defendants to appear in this action.

We thank this Honorable Court for its time and consideration in this matter.

Application granted. The initial conference scheduled for February 21, 2020 is hereby adjourned to April 3, 2020 at 10:45 a.m. The parties shall file the joint letter and proposed case management plan by March 27, 2020.

SO ORDERED.

_____
Hon. Ronnie Abrams
2/10/2020

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc: 2671 S & C Pizza Corp. *(via first class mail only)*
    2669 Owners Ltd. *(via first class mail only)*