

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

March 26, 2020

U.S. District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

**Re:** *Deleston v. 2671 S & C Pizza Corp. et al.*, **Case No. 1:19-cv-10050-RA**

Dear U.S. District Judge Abrams:

This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. I write in furtherance of Your Honor's Order dated February 10, 2020 (D.E. 18). An Initial Conference is currently scheduled for April 3, 2020 at 10:45 a.m. Plaintiff is respectfully requesting an adjournment of the Initial Conference or that it be held telephonically due to our office (as well as the subject business) being currently closed due to COVID-19. This is our third request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action or otherwise contacted Plaintiff. When our office reopens we intend to resume our efforts to have Defendants appear in this action. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-May.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

Application granted.  The initial conference scheduled for April 3, 2020 is hereby adjourned to May 22, 2020 at 2:15 p.m.  The joint letter and proposed case management plan shall be filed no later than May 15, 2020.

SO ORDERED.

_____
Hon. Ronnie Abrams
3/26/2020