UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON,

      Plaintiff,

    v.

2671 S&C PIZZA CORP. *doing business as* SAL AND CARMINE PIZZA AND 2669 OWNERS LTD.,

      Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-13-20

19-CV-10050 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person.  Counsel should still submit their joint letter and proposed case management plan by May 15, 2020, as directed in the Court's March 26, 2020 Order.  If the parties are unable to submit their joint letter and case management plan by May 15th, they shall request an extension to do so.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone.  In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

  Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated: May 13, 2020
    New York, New York

                _____
                RONNIE ABRAMS
                United States District Judge