

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

May 15, 2020

U.S. District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

**Re:** *Deleston v. 2671 S & C Pizza Corp. et al.*, **Case No. 1:19-cv-10050-RA**

Dear U.S. District Judge Abrams:

This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. I write in furtherance of Your Honor's Order dated May 13, 2020 (D.E. 22). An Initial Conference is currently scheduled for May 22, 2020 at 2:15 p.m. Plaintiff is respectfully requesting an adjournment of the Initial Conference. This is our fourth request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action or otherwise contacted Plaintiff. As a result, Plaintiff intends to file a motion for a default judgment against the non-appearing defendants. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-June.

We thank this Honorable Court for its time and consideration in this matter.

The initial conference scheduled for May 22, 2020 is hereby adjourned sine die. If Plaintiff intends to move for default judgment against the Defendants, he shall do so no later than June 19, 2020, in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), as well as this Court's Individual Rules & Practices, including this Court's Emergency Individual Rules & Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.
SO ORDERED.

_____
Hon. Ronnie Abrams
5/18/2020

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.