UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON,

                            Plaintiff,

                            v.

2671 S&C PIZZA CORP. *doing business as* SAL AND CARMINE PIZZA AND 2669 OWNERS LTD.,

                            Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-23-20

19-CV-10050 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 26, 2019, the Clerk of Court entered a certificate of default against Defendants 2671 S&C Pizza Corp. d/b/a Sal and Carmine Pizza and 2669 Owners Ltd., and on June 19, 2020, Plaintiff moved for default judgment against Defendants. Dkts. 12, 25. Upon consideration of these documents and the supporting Affirmation of Erik M. Bashian, Dkt. 26, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **July 13, 2020** on Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents via ECF.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **July 27, 2020**.

In light of the COVID-19 crisis, the Court will not hold a conference and will instead resolve this matter on the papers. If Defendants fail to file and serve answering papers on Plaintiff by July 27, 2020, or fail to request an extension to do so, judgment may be entered for Plaintiff.

SO ORDERED.

Dated:    June 23, 2020
            New York, New York

_____
RONNIE ABRAMS
United States District Judge