> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC#:
> DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERMAINE DELESTON,

        Plaintiff,

        v.

2671 S & C PIZZA CORP. D/B/A SAL AND
CARMINE PIZZA, AND 2669 OWNERS
LTD.,

        Defendants.

---

No. 19-CV-10050 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 26, 2019, the Clerk of Court entered a certificate of default as to the Defendants. Dkt. 12. Plaintiff moved for default judgment on June 19, 2020, *see* Dkts. 25–27, and served the motion papers on Defendants by mail on June 23, 2020, *see* Dkts. 29–31. The Court stated that it would not hold a conference and would resolve the matter on the papers, warning Defendants that failure to file answering papers by the stated deadline may result in an entry of judgment for Plaintiff. Dkt. 28. To date, Defendants have not filed answering papers. After reviewing Plaintiff's submissions, the Court is left with questions that prevent it from granting the relief requested and thus directs the parties to appear for a hearing to address this matter further. It is hereby:

ORDERED that the parties appear at a conference to be held on Wednesday, January 13 at 2:00 p.m. In light of the COVID-19 crisis, the Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order by December

23, 2020 on the above-named Defendants by the methods described in Rule 5 of the Federal

Rules of Civil Procedure. Plaintiffs shall file proof of service of these documents with the Court.

SO ORDERED.

Dated:   November 24, 2020
         New York, New York

                                    Ronnie Abrams
                                    United States District Judge

2